UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BUILDING OWNERS AND MANAGERS ASSOCIATION OF METROPOLITAN ST. LOUIS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ST. LOUIS, MISSOURI,<br><br>    Defendant. | Case No.  4:08CV352 HEA |

## **ORDER**

This matter is before the Court on its own Motion.  On November 11, 2008, the Court ordered this matter stayed until such time as the parties advised the Court that a state determination has been made and Plaintiff advises the Court of its decision to either proceed in this Court or dismiss the action.

To date, neither of the parties have contacted the Court regarding the outcome, if any, of the state proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall submit a status report regarding the proceedings in the State Court within 5 days from the date of this

Order.

Dated this 29th day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE