UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BUILDING OWNERS AND MANAGERS ASSOCIATION OF METROPOLITAN ST. LOUIS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:08-CV-352 HEA ) ) |
| CITY OF ST. LOUIS, MISSOURI, | ) ) |
| Defendant. | ) ) |

## STATUS REPORT

Comes now Plaintiff Building Owners and Managers Association of Metropolitan St. Louis, Inc. ("BOMA") and, pursuant to this Court's June 29, 2010 Order, provides the following status report regarding the state court proceedings:

1.      On March 22, 2010, the Circuit Court for the City of St. Louis, the Honorable Robert H. Dierker presiding, entered summary judgment in favor of BOMA and against Defendant City of St. Louis, Missouri ("City") on BOMA's state law claims.  The state court held that the City ordinance at issue violated various provisions of the Missouri Constitution, declared the ordinance void, and enjoined the City from enforcing the ordinance.

2.      On April 30, 2010, the City filed its Notice of Appeal from the state court's judgment in the Eastern District of the Missouri Court of Appeals.   On May 28, 2010, the City filed the Legal File.  The City's appeal remains pending.

3.      BOMA hereby advises this Court that in the event the City ultimately is successful in the state court proceeding BOMA will proceed with its federal law claims in this Court.  Further, in the event BOMA ultimately is successful in the state court proceeding BOMA

1

intends to return to this Court to seek its attorneys fees and costs incurred in this Court and in the state court proceedings pursuant to 42 U.S.C. § 1988(b) and *Maher v. Gagne,* 448 U.S. 122 (1980) (attorneys fees award appropriate where "plaintiff prevails on a wholly statutory, non-civil-rights claim pendent to a substantial constitutional claim").  *See also, Gerling Global Reins. Corp. v. Garamendi,* 400 F.3d 803 (9th Cir. 2005); *Exeter-West Greenwich Reg. School Dist. V. Pontarelli,* 788 F.2d 47 (1st Cir. 1986).

WHEREFORE, Plaintiff Building Owners and Managers Association of Metropolitan St. Louis, Inc. prays that the stay entered by this Court on November 11, 2008 remain in effect until the state court proceedings are concluded, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By      /s/John W. Moticka
             John W. Moticka, #3903
             168 N. Meramec Ave., Suite 400
             St. Louis, Missouri 63105
             Telephone:  314-259-4500
             Fax:  314-259-4599
             E-mail: jmoticka@stinson.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Carl W. Yates III
Associate City Counselor
Office of the City Counselor
City of St. Louis Law Department
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
Telephone:  314-622-3361
Fax:  314-622-4956
*Attorneys for Defendant*

/s/John W. Moticka

DB04/009799.0002/3017656.1 PF06